RECEIVED

APR 16 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

PHILLIPPE L. SMITH                    DOCKET NO. 11-CV-1553; SEC. P

VERSUS                                JUDGE James Trimble, Jr

A. W. SHERROD                         MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED** in accordance with the provisions of Rule 41.3 of the Local Rules for the Western District of Louisiana.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 16th day of April, 2012.

~~DEE D. DRELL~~ James Trimble Jr
UNITED STATES DISTRICT JUDGE